IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DAVID WILSON**                                                                **PLAINTIFF**

**V.**                                    **CASE NO. 5:21-CV-05166**

**MATT JENKINS, Officer ACC; BENTON COUNTY,
ARKANSAS; ARKANSAS COMMUNITY CORRECTION;
and the STATE OF ARKANSAS**                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 8) filed in this case on October 27, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Plaintiff's claims against Arkansas Community Correction and the State of Arkansas are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). Plaintiff's claims against Defendants Matt Jenkins and Benton County, Arkansas will proceed, and service will be ordered on those two defendants.

**IT IS SO ORDERED** on this 18th day of November, 2021.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE