IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DAVID WILSON**                                                                                                **PLAINTIFF**

V.                                      **CASE NO.: 5:21-CV-5166**

**MATT JENKINS, Officer ACC;**
**and BENTON COUNTY, ARKANSAS**                                                            **DEFENDANTS**

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. 21) filed on January 19, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. The R&R concerns Separate Defendant Benton County, Arkansas's Motion to Dismiss (Doc. 14) pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff Joshua David Wilson filed a Response in Opposition to the Motion (Doc. 18). After considering both the Motion and Response, Judge Ford recommended that the Motion be granted.

On February 10, 2022, Mr. Wilson filed an Objection (Doc. 24) to the R&R. In the Objection, Mr. Wilson argues that Benton County should be held vicariously liable for the actions of Separate Defendant Matt Jenkins, even though Mr. Wilson concedes that Mr. Jenkins is an Arkansas Community Corrections officer and is not employed by Benton County. The Court has now reviewed the entire case *de novo* and agrees with the Magistrate Judge that the Complaint (Doc. 1) fails to state a plausible claim for relief against Benton County.

**IT IS THEREFORE ORDERED** that the Objection (Doc. 24) is **OVERRULED** and

the R&R (Doc. 21) is **ADOPTED IN FULL**.  Benton County's Motion to Dismiss (Doc. 14) is **GRANTED**, and Benton County, Arkansas is **DISMISSED WITHOUT PREJUDICE** as a party to this matter.

    **IT IS SO ORDERED** on this 14th day of February, 2022.

                            */s/ Timothy L. Brooks*
                            TIMOTHY L. BROOKS
                            UNITED STATES DISTRICT JUDGE