IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DAVID WILSON                                                 PLAINTIFF

V.                          CASE NO. 5:21-CV-5166

MATT JENKINS, Officer ACC                                       DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 37) filed in this case on September 6, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Dismiss (Doc. 30) is **GRANTED**.  Mr. Wilson's official capacity claims are **DISMISSED WITH PREJUDICE**, and his individual capacity claims are **DISMISSED WITHOUT PREJUDICE**.  The case is closed.

**IT IS SO ORDERED** on this 26th day of September, 2022.

                                                   */s/ Timothy L. Brooks*
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE